UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARLON JAVIER ARTOLA RAMIREZ, | ) |
| Petitioner, | ) |
| v. | ) No. 1:26-cv-00079-JRS-TAB |
| PAMELA BONDI, KRISTI NOEM, TODD M. LYONS, RUSSELL HOTT, | ) |
| Respondents. | ) |

**ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION**

Petitioner filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Marion County Adult Detention Center at the direction of U.S. Immigration and Customs Enforcement. Dkt. 1. The petition names as respondents Attorney General of the United States Pamela Bondi, U.S. Immigration and Customs Enforcement Director Todd Lyons, U.S. Department of Homeland Security Secretary Kristi Noem, and Russell Hott.

The petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Petitioner's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). The petition does not name as a respondent any official with authority over the Marion County Adult Detention Center. *See Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent).

Petitioner will have **through January 24, 2026**, to file an amended petition naming all necessary respondents. The Court will issue additional orders once the amended petition has been filed.

**IT IS SO ORDERED.**

Date: 1/17/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brandon Carter
Gpllc
bcarter@globalperiphery.com